## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **ARNULFO CABALLERO, individually and on behalf of all others similarly situated;** *Plaintiff*, § § § § | |
| **v.** § § | |
| **ENCORE PIPE & CONSTRUCTION, LLC,** *Defendant*. § § § § | **No. MO:18-CV-020-DC** |

## ORDER APPROVING SETTLEMENT AGREEMENT
## AND DISMISSING CASE WITH PREJUDICE

BEFORE THE COURT is the Joint Motion for Settlement Approval filed by Plaintiff and Defendant. (Doc. 23). In the Complaint, Plaintiff alleges Defendant violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., by failing to pay the class members overtime for hours worked in excess of forty hours in a workweek. Plaintiff and Defendant reached a settlement in this case and move the Court to approve their Settlement Agreement. *Id.* The parties filed the Settlement Agreement under seal. (*Id.*; *see* text order granting doc. 23).

The Court reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. (Doc. 22). Accordingly, the Court hereby enters **FINAL JUDGMENT** in accordance with Rule 41 of the Federal Rules of Civil Procedure.

It is therefore **ORDERED** that the Joint Motion for Approval of Settlement is **GRANTED**, and the Settlement Agreement is **APPROVED**. (Doc. 23).

It is further **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is finally **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, with costs of court and attorney fees being assessed against the party incurring same, except as otherwise provided in the Settlement Agreement.

It is so **ORDERED**.

SIGNED this 19th day of February, 2019.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE